IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ELAINE RAMBERT** | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:15-CV-275-O |
| | § | |
| **STATE FARM LLOYDS AND** | § | |
| **ZACHARY FOGLE** | § | |
| | § | |
| DEFENDANTS. | § | |

## ADVISORY TO THE COURT OF SETTLEMENT

Plaintiff Elaine Rambert and Defendants State Farm Lloyds and Zachary Fogle have reached a settlement in this matter. Plaintiff and Defendants intend to submit a joint stipulation of dismissal with prejudice within 60 days.

             Respectfully submitted,

             /s/Rhonda J. Thompson
             Rhonda J. Thompson
             State Bar No.:  24029862
             R. Tate Gorman
             State Bar No.:  24032360
             Courtney C. Kasper
             State Bar No.:  24078771

             **THOMPSON, COE, COUSINS & IRONS, L.L.P.**
             700 N. Pearl Street, 25th Floor
             Dallas, Texas 75201
             Telephone:  (214) 871-8200
             Facsimile:   (214) 871-8209
             Email:  rthompson@thompsoncoe.com
             Email:  tgorman@thompsoncoe.com
             Email:  ckasper@thompsoncoe.com

             **COUNSEL FOR DEFENDANT STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

  This is to certify that on the 1st day of June, 2015, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Jacey Hornecker
Speights & Worrich
1350 North Loop 1604, East 104
San Antonio, Texas 78232
  *Counsel for Plaintiff*

                /s/Rhonda J. Thompson

**ADVISORY TO THE COURT OF SETTLEMENT – Page 2**
2215839v1
10578.133