IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ELAINE RAMBERT,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:15-cv-275-O |
| **STATE FARM LLOYDS and ZACHARY FOGLE,** | § § § | |
| Defendants. | § § § | |

## ORDER

The parties have informed the Court that this case has settled. *See* ECF No. 9. The parties are therefore directed to file the appropriate dismissal papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or an agreed motion with corresponding proposed order—with the Clerk's Office no later than **July 31, 2015.** If the parties do not file the appropriate dismissal papers by **July 31, 2015**, and further proceedings become necessary or desirable, the parties should immediately file a Joint Status Report with the Court. All deadlines on the Court's scheduling order are **stayed** until further order of the Court.

**SO ORDERED** on this **2nd day** of **June, 2015**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**