IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ELAINE RAMBERT** | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:15-CV-275-O |
| | § | |
| **STATE FARM LLOYDS AND** | § | |
| **ZACHARY FOGLE** | § | |
| | § | |
| DEFENDANTS. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Elaine Rambert and Defendants State Farm Lloyds and Zachary Fogle hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendants are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 30th day of July, 2015.

Respectfully submitted,

*/s/ Jacey L. Hornecker (w/permission)*
Jacey L. Hornecker
State Bar No.: 24085383
Speights & Worrich
3838 Oak Lawn Ave., Ste. 1000
Dallas, TX 75219
Telephone: (210) 495-6789
Facsimile: (210) 495-6790
Email: jacey@speightsfirm.com
**COUNSEL FOR PLAINTIFF**

And

/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.: 24029862
R. Tate Gorman
State Bar No.: 24032360
Courtney C. Kasper
State Bar No.: 24078771

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
tgorman@thompsoncoe.com
ckasper@thompsoncoe.com

**COUNSEL FOR DEFENDANT
STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 31st day of July 2015, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and/or facsimile in accordance with the Federal Rules of Civil Procedure:

Jacey L. Hornecker
Speights & Worrich
1350 North Loop 1604 E., Suite 104
San Antonio, Texas 78232
(210) 495-6789 (Tel)
(210) 495-6790 (Fax)
Email: Jacey@speightsfirm.com

**COUNSEL FOR PLAINTIFF**

/s/ Rhonda J. Thompson
Rhonda J. Thompson